# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**TERRIEK A. VORNES**  
**ADC #112874**                                                                                    **PLAINTIFF**

v.                                No. 3:21-cv-176-DPM

**KEVIN HOPKINS, Shift Commander,
Osceola Police Department; TRISTAN
DEAN, Patrol Officer, Osceola Police
Department; BOWMAN, Patrol Officer,
Osceola Police Department; and OLLIE
COLLINS, Chief of Osceola Police
Department**                                                                                    **DEFENDANTS**

## ORDER

Vornes hasn't filed an amended complaint; and the time to do so has passed. *Doc. 3*. The complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*  
D.P. Marshall Jr.  
United States District Judge

    12 October 2021