# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**TERRIEK A. VORNES**  PLAINTIFF
**ADC #112874**

v.  No. 3:21-cv-176-DPM

**KEVIN HOPKINS, Shift Commander,
Osceola Police Department; TRISTAN
DEAN, Patrol Officer, Osceola Police
Department; BOWMAN, Patrol Officer,
Osceola Police Department; and OLLIE
COLLINS, Chief of Osceola Police
Department**  DEFENDANTS

## JUDGMENT

Vornes's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

 12 October 2021